THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT GILES, Appellant.

Submitted March 10, 2008; decided March 13, 2008

Motion for assignment of counsel granted and Susanna De La Pava, Esq., 110 Wall Street, 11th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELON LUCAS, Appellant.

Submitted February 19, 2008; decided March 13, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SHANKLE, Appellant.

Submitted February 25, 2008; decided March 13, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.